[Civil No. 1739.   Filed May 3, 1920.]

[189 Pac. 242.]

CITY OF PHOENIX, a Municipal Corporation, Appellant, v. F. A. JONES, A. W. COLE and A. A. BETTS, as Members of the Arizona Corporation Commission, Appellees.

1. APPEAL AND ERROR—ORDER SUSTAINING DEMURRER TO COMPLAINT NOT APPEALABLE—"FINAL JUDGMENT OR ORDER."—An appeal will not ·lie from an order sustaining a demurrer to the complaint which is not a "final judgment or order" made appealable by Civil Code of 1913, paragraph 1227.

2. APPEAL AND ERROR—NONASSIGNMENT OF ERRORS REQUIRES DISMISSAL.—An appeal will be dismissed for failure to assign errors as required by court rules.

APPEAL from an order of the Superior Court of the County of Maricopa. R. C. Stanford, Judge. Appeal dismissed.

Mr. Richard E. Sloan, City Attorney, and Mr. James E. Nelson, Assistant City Attorney, for Appellant.

Mr. Wiley E. Jones, Attorney General, and · Mr. C. M. Gandy, Mr. L. B. Whitney, Mr. A. B. Baker, · and Mr. F. J. K. McBride, Assistant Attorneys General, for Appellees.

PER CURIAM.—This appeal must be dismissed for two reasons:

First. It is from an order sustaining a general and special demurrer to the complaint. It is not from a final judgment or any order under the statute (paragraph 1227, Civ. Code) made appealable. It has several times been decided by this court that an appeal from an order sustaining a demurrer will not lie. *Aiton* v. *Board,* 13 Ariz. 74, 108 Pac. 221; *Gonzales* v. *Duey,* 15 Ariz. 331, 138 Pac. 1043; *Navajo-*

*Apache Bank & Trust Co.* v. *Desmont,* 17 Ariz. 472, 154 Pac. 206; *Hollingsworth* v. *Gazette Printing Co., ante,* p. 51; 185 Pac. 359; *Herman* v. *Babbitt, ante,* p. 257, 187 Pac. 576.

Second. There is no assignment of errors. We feel like insisting that appellants must comply with the rules of the court. In *Bouldin* v. *Sheerer, ante,* p. 247, 187 Pac. 568, the cases citing this rule are collated, with this admonition:

"The members of the bar of the state must take notice that this salutary rule will hereafter be strictly enforced."

The appeal is dismissed.